**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL | ) | **Case No. 3:23-md-03071** |
| SOFTWARE ANTITRUST | ) | **MDL No. 3071** |
| LITIGATION (NO. II) | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | **ALL CASES** |

<u>**ORDER**</u>

Before the Court is Defendant Knightvest Residential's ("Knightvest") Unopposed Motion

to Extend the Structured Data Production Deadline (Doc. No. 1051). For good cause shown, and

without opposition from Plaintiffs, Knightvest's Motion (Doc. No. 1051) is **GRANTED**.

Knightvest's deadline to produce structured data is Wednesday, **January 29, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE